# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 6, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161615(40)

ADULT LEARNING SYSTEMS – LOWER
MICHIGAN, INC., BEACON SPECIALIZED
LIVING SERVICES, INC., CHS GROUP, LLC,
COMMUNITY ALLIANCE OF
SOUTHEASTERN MICHIGAN, COMMUNITY
WORK OPPORTUNITIES, LLC,
COMPREHENSIVE SERVICES FOR THE
DEVELOPMENTALLY DISABLED, INC.,
INI GROUP, LLC, MACOMB RESIDENTIAL
OPPORTUNITIES, INC., PROGRESSIVE
RESIDENTIAL SERVICES, INC., QUEST, INC.,
RENAISSANCE COMMUNITY HOMES,
SPECTRUM COMMUNITY SERVICES,
and SYNOD RESIDENTIAL SERVICES,
           Plaintiffs-Appellants,

v

WASHTENAW COUNTY, WASHTENAW
COUNTY BOARD OF COMMISSIONERS,
and WASHTENAW COUNTY COMMUNITY
HEALTH,
           Defendants-Appellees.
_____/

SC: 161615
COA: 346902
Washtenaw CC: 18-000936-CK

MCCORMACK, C.J.

    The motion to disqualify Chief Justice Bridget M. McCormack has been considered by Chief Justice McCormack and is DENIED for the reason that the plaintiffs-appellants have failed to establish grounds for her disqualification under MCR 2.003(C).





    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 6, 2020

Clerk